# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

TORRE LEE ROUBIDEAUX,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-0243-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 26 day of October, 2010.

                      JAMES R. LARSEN
                      District Court Executive/Clerk


              by: s/Pamela A. Howard
                    Deputy Clerk

cc: all counsel